1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT

8                                  DISTRICT OF NEVADA

9                                        * * *

10   MARK A. HANSON,                        Case No. 3:04-cv-00130-MMD-VPC

                                  Petitioner,            ORDER
11           v.

12   CRAIG FARWELL, *et al.*,

13                                Respondents.

14

15

16       In this habeas corpus action, brought by Nevada prisoner Mark A. Hanson, after

17   one 45-day extension of time, the respondents were to file an answer by July 15, 2016.

18   *See* Order entered April 1, 2016 (ECF No. 107); Order entered May 27, 2016 (ECF No.

19   110).

20       On July 14, 2016, respondents filed a motion for extension of time (ECF No.

21   111), requesting that the due date for their answer be extended to September 13, 2016

22   — a further 60-day extension of time. Respondents' counsel states that the extension of

23   time is necessary because of her obligations in other cases, as well as other personal

24   and professional obligations. The petitioner does not object. The Court finds that the

25   motion for extension of time is made in good faith and not solely for the purpose of

26   delay, and that there is good cause for the extension of time. The Court will grant this

27   second extension of time.

28       The Court will not look favorably upon any motion to further extend this deadline.

It is therefore ordered that respondents' Motion for Enlargement of Time (ECF No. 111) is granted. Respondents will have until and including September 13, 2016, to file their answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered January 12, 2016 (ECF No. 100) will remain in effect.

DATED THIS 5th day of August 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE