UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK A. HANSON,<br><br>                Petitioner,<br>    v.<br><br>CRAIG FARWELL, *et al.*,<br><br>                Respondents. | Case No. 3:04-cv-00130-MMD-VPC<br><br>ORDER |

In this habeas corpus action, the Court has granted petitioner Mark A. Hanson's motion for an evidentiary hearing. *See* Order entered June 6, 2017 (ECF No. 127). On June 26, 2017, pursuant to the Court's order, the parties filed a Joint Proposed Scheduling Order (ECF No. 128).

The parties request that the evidentiary hearing be scheduled for "some time in February or March 2018." *See* Joint Proposed Scheduling Order, pp. 1-2. The parties suggest this scheduling "to allow them time to obtain experts and to give the experts time to review the necessary records, form an opinion, author reports, and otherwise prepare to testify." *See id.* The parties report that one of Hanson's experts is not available to testify until late February 2018. *See id.* The Court determines that, under the circumstances in this case, and in view of the nature of this evidentiary hearing, the parties' proposed scheduling represents unnecessary delay. The schedule for the evidentiary hearing in this action will be as follows:

1. Evidentiary Hearing

The evidentiary hearing will commence on December 13, 2017, at 9:00 a.m., in the courtroom of the undersigned United States District Judge, in Reno, Nevada. The Court has scheduled two days – December 13 and 14, 2017 -- for the evidentiary hearing.

2. First Disclosure of Experts

The parties will disclose to each other the names of their expert witnesses by September 1, 2017. These disclosures may be made by e-mail or other informal means. The parties need not file these disclosures.

3. Second Disclosure of Experts

The parties will disclose to each other the names of any rebuttal experts by September 22, 2017. These disclosures may be made by e-mail or other informal means. The parties need not file these disclosures.

4. Disclosure of Expert Reports

The parties will disclose to each other the reports of their expert witnesses by October 20, 2017. These disclosures may be made by e-mail or other informal means. The parties need not file these disclosures.

5. Witness Lists and Exhibit Lists

The parties will file their witness lists and exhibit lists no later than November 3, 2017. The parties will file a joint exhibit list, listing the exhibits they agree are admissible. The parties will file separate exhibit lists, listing any exhibits that the parties do not agree are admissible.

6. Pre-Hearing Briefs

Hanson will file a pre-hearing brief by November 8, 2017. Respondents will file a responsive pre-hearing brief by November 22, 2017. Hanson may file a reply, no later than November 29, 2017.

7. Pre-Hearing Motions

The parties will file any pre-hearing motions by November 8, 2017, and early enough so that the motions can be briefed and resolved without postponing the

evidentiary hearing or otherwise undermining this schedule in any way. The schedule for the briefing of such motions will be pursuant to LR 7-2(b).

8. Marking and Submission of Exhibits

In marking exhibits, petitioner should use numerals 1-499 and respondents should use numerals 500 and above. Counsel are to provide the Court with a courtesy copy of all exhibits to be offered at the evidentiary hearing by delivering a thumb drive or CD to the Clerk's Office in Reno no later than two court days prior to the hearing. Counsel should contact Peggie Vannozzi, at 775-686-5839, if they have any question regarding marking and submitting exhibits.

It is so ordered.

DATED THIS 30th day of June 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE