RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
C.B. KIRSCHNER
Assistant Federal Public Defender
Pennsylvania State Bar No. 92998
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Amelia_bizzaro@fd.org
CB_kirschner@fd.org

Attorneys for Petitioner Mark A. Hanson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK A. HANSON,<br><br>        Petitioner,<br><br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>        Respondents. | Case No. 3:04-cv-00130-MMD-VPC<br><br>**ORDER TO TRANSPORT** |

In accordance with the Orders of this Court filed on July 19, 2017 and November 8, 2017 setting the evidentiary hearing in this matter for January 16, 17, and 18, 2018, ECF Nos. 132, 144,

IT IS HEREBY ORDERED that the Nevada Department of Corrections will transport the following inmate to the Bruce R. Thompson Federal Building & United States Courthouse, 400 South Virginia Street, Reno, Nevada, to personally attend the

evidentiary hearing scheduled for January 16, 17, and 18, 2018 at 9:00 a.m. in Courtroom 5 before the Honorable Miranda M. Du: **Mark A. Hanson, NDOC #61332**.

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Reno office.

Dated this 27th day of November 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/
Amelia L. Bizzaro and
C.B. Kirschner
Assistant Federal Public Defenders
*Attorneys for Mark A. Hanson*